UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE DUNCAN, for himself and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>–against–<br><br>MAGFORMERS, LLC,<br><br>Defendant. | 20 CV 05974 (EK) (RER) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties to the above-entitled matter, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-entitled action is dismissed with prejudice, without costs or fees to one party as against the other, except as otherwise agreed by the parties herein.

LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Dated: New York, NY          Facsimile: (212) 229-2246
April 9, 2021               **ATTORNEYS FOR PLAINTIFF**

1

|  |  |
|---|---|
| Dated: April 9, 2021<br>Brooklyn, NY | BALLARD SPAHR LLP<br><br>By: _____<br>Jacquelyn N. Schell<br>SchellJ@ballardspahr.com<br>1675 Broadway, 19th Floor<br>New York, New York 10019-5820<br>Phone: (212) 223-0200<br>FAX: (212) 223-1942<br>**ATTORNEYS FOR DEFENDANT** |

**So ordered.**

Dated: Brooklyn, NY

_____
Eric R. Komitee,
United States District Judge